# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SCOTT DOUGLAS MYERS, <br> Movant, <br> <br> v. <br> <br> UNITED STATES OF AMERICA, <br> Respondent. | ) <br> ) <br> ) CIVIL ACTION NO. 17-00449-WS <br> ) <br> ) CRIMINAL ACTION NO. 08-00074-WS-N-1 <br> ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 289[1]) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated August 17, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Movant Scott Douglas Myers's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 265) challenging the judgment entered against him upon the second revocation of his supervised release is **DISMISSED with prejudice** under Federal Rule of Civil Procedure 41(a)(2).

**DONE** and **ORDERED** this the 2nd day of October, 2018.

                                            **s/WILLIAM H. STEELE**
                                            **UNITED STATES DISTRICT JUDGE**

---

[1] All "Doc." citations herein refer to the docket of the above-styled criminal action.